In the Matter of an Alleged Mechanic's Lien on Premises in the Borough of Manhattan, New York City, Known as No. 70 SECOND AVENUE and No. 86 EAST

FOURTH STREET.    ABRAM BEATUS, Appellant; THE OLTARSH BUILDING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.